**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 08-7585**

_____

PAUL ADKINS, JR.,

               Petitioner – Appellant,

        v.

DONALD F. BAUKNECHT, Warden FCI Williamsburg,

               Respondent - Appellee.

_____

Appeal from the United States District Court for the District of
South Carolina, at Florence.   Henry F. Floyd, District Judge.
(4:07-cv-02789-HFF)

_____

Submitted:  February 19, 2009      Decided:  February 24, 2009

_____

Before WILKINSON, DUNCAN, and AGEE, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Paul Adkins, Jr., Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Paul Adkins, Jr., a federal prisoner, appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 28 U.S.C. § 2241 (2000) petition. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Adkins v. Bauknecht</u>, No. 4:07-cv-02789-HEF (D.S.C. June 24, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>